# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO C. ANDERSON, | CASE No. 1:09-cv-02020-AWI-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
| B. PETERSON, et al., | |
| Defendants. | (ECF No. 24) |
| _____/ | CLERK SHALL CLOSE CASE |

 Plaintiff Rodolfo C. Anderson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on November 18, 2009 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

 This action is proceeding on Plaintiff's First Amended Complaint against Defendant B. Peterson for retaliatory conduct in violation of the First Amendment. (ECF No. 11.) Defendant Peterson filed an answer on August 9, 2011. (ECF No. 18.) A Discovery and Scheduling Order was issued on August 22, 2011. (ECF No. 19.)

 On April 11, 2012 Plaintiff Anderson and Defendant Peterson filed a stipulation for voluntary dismissal of the action, with prejudice as to all Defendants. (ECF No. 24.)

 The stipulation is accepted by the court.

 Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action

-1-

1  is hereby DISMISSED with prejudice.

2       The Clerk of the Court is HEREBY DIRECTED to close this case.

3

4  IT IS SO ORDERED.

5  Dated:   September 5, 2012            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE